■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EZIKEL ROSS, Appellant. [807 NYS2d 906]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered June 16, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a plea of guilty, of attempted criminal possession of a weapon in the third degree (Penal Law §§ 110.00, 265.02). We reject the contention of defendant that County Court erred in sentencing him as a second felony offender. Defendant waived strict compliance with CPL 400.21 when he admitted the predicate felony and informed the court that he was not challenging the predicate felony statement (*see People v Maynard*, 294 AD2d 866 [2002], *lv denied* 98 NY2d 699 [2002]; *People v Kennedy*, 277 AD2d 814 [2000], *lv denied* 96 NY2d 760 [2001]; *see also People v Leon*, 23 AD3d 1110 [2005]). Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Pine, JJ.